UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 0 7 2008

Michael N. Milby, Clerk of Court

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Timothy Heck

versus

Formosa Plastics
201 Formosa Drive
Point Comfort Tx 77978

§
§
§
§
§
§
§
§

CIVIL ACTION NO **V - 08 - 3**

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This action is brought under Title VII of the Civil Rights act of 1964 for employment discrimination.  Jurisdiction is conferred by Title 42 United States Code, Section §2000e-5.

2.    The plaintiff is:    Timothy Heck

       Address:    P.o. Box 222

                   lolita TX 77971

County of Residence: Jackson County

3.    The defendant is:    Formosa Plastics

       Address:    201 Formosa Drive

                   Point Comfort, Tx 77978

☑    Check here if there are additional defendants.  List them on a separate sheet of paper

with their complete addresses.

P. O. Box 700
201 Formosa Drive
Point Con Fort, texas 77978

want to File No All the below
mike Nichols → work at Formsa

Formosa Plastics

Employee's Signature

6/7/06    Sid

Dept. Manager's Signature

Human Resources Signature    6/8/06

6/8/06

Darren Drostrata

Michael Herme

Supervisor's Signature

Dany Su

Operations Manager/Director    R. D. Wu

6/8/06

VP/General Manager Signature

Randy Smith

**(AVP and VP/General Manager signatures needed for suspensions and termination.)**

Can I serve these myself?

4.   The plaintiff has attached to this complaint a copy of the charges filed on
_4 - 4 - 07_ with the Equal Employment Opportunity Commission.

5.   On the date of _10 - 23 - 07_, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.   Because of the plaintiff's:

(a)   ☒   race

(b)   ☐   color

(c)   ☐   sex

(d)   ☐   religion

(e)   ☐   national origin,

the defendant has:

(a)   ☐   failed to employ the plaintiff

(b)   ☒   terminated the plaintiff's employment

(c)   ☐   failed to promote the plaintiff

(d)   ☐   other: _____

_____

_____

7.   When and how the defendant has discriminated against the plaintiff:

when the dragging Occured in Jasper Texas and the people at Formosa Knew I was from Jasper Texas they started saying I would be the next negro to be dragged. They constantly harrassed me Saying watch your back Tim week.

8.   The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☐ to _____

_____

_____ and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address: P.o Box 222 lolita Tx
77971

Telephone: (361) 676-5130